# Exhibit A

Company Search  | Print this page (set to landscape)  | Save this page

| NAIC#: | 64548 | DOM: | New York | Group: | NEW YORK LIFE GROUP | Phone: | |
|---|---|---|---|---|---|---|---|
| CPAF: | 710 | ORG: | LF | Group#: | 826 | Spl Risk: | |
| DMV#: | | Website: | www.newyorklife.com | Licensed Dt: | 12/28/1965 | FId: | 132556568 |

**New York Life Group Insurance Company of NY**
**c/o New York Life Insurance Company**
**51 Madison Avenue**
**New York, NY 10010**

### Company Name History:

| | Change Dt |
|---|---|
| CIGNA Life Insurance Company of New York | 03/10/2021 |
| INA Life Insurance Company of New York | 07/19/1999 |

### Current Writing Powers:

| NYS Insurance Law Section Code | Line of Business | Description |
|---|---|---|
| 1113(a) | 1 | Life |
| 1113(a) | 2 | Annuities |
| 1113(a) | 3 | Accident And Health |