**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**William Mason,**

                                    **Plaintiff,**

                    -against-

**New York Life Insurance Company, et al.,**

                                    **Defendants.**

---

**1:26-cv-01429 (DEH) (SDA)**

**ORDER**

---

**STEWART D. AARON, United States Magistrate Judge:**

This case has been referred to the undersigned for general pretrial management. (Referral Order, ECF No. 7.) The parties are directed to appear for a telephone conference on Wednesday, April 29, 2026, at 2:30 p.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090. If Plaintiff's counsel has been in communication with Defendants, Plaintiff's counsel shall advise Defendants of the scheduling of the conference. If Defendants have not appeared as of the date of the telephone conference, Plaintiff still is required to appear.

**SO ORDERED.**

Dated:        New York, New York
              April 21, 2026

_____
STEWART D. AARON
United States Magistrate Judge