**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **William Mason,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**New York Life Insurance Company, et al.,**<br><br>**Defendants.** | **1:26-cv-01429 (DEH) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Following an Initial Pretrial Conference with the parties, and for the reasons stated on the record, it is hereby ORDERED as follows:

1. No later than July 28, 2026, the parties shall file letters, not to exceed five pages, regarding whether the record should be limited to the administrative record and, if not, the scope of any discovery. Plaintiff shall identify in his submission the specific discovery he seeks and the basis for such discovery.

2. The parties shall file their responses, also not to exceed five pages, no later than August 11, 2026.

**SO ORDERED.**

Dated: New York, New York
July 14, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge