MEMO ENDORSED

Robinson+Cole

PATRICK W. BEGOS

One Station Place, Suite 800
Stamford, CT 06902
Main (203) 462-7500
Fax (203) 462-7599
pbegos@rc.com
Direct (203) 462-7550

Also admitted in Massachusetts
and New York

October 30, 2026

**Via CM/ECF**
Hon. Dale E. Ho, U.S.D.J.
U.S. District Court: Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** ***Mason v. New York Life Insurance Company, et al***
**Case No.: 1:26-cv-1429-DEH-SDA**

Dear Judge Ho:

We represent Defendants in this matter. On October 26, 2026, Plaintiff submitted a pre-motion conference letter (ECF No. 42) advising of his intention to file a motion on two issues in this ERISA benefits action: (1) the applicable standard of review (i.e., *de novo* or deferential); and (2) the scope of the administrative record. On October 27, 2026, the Court ordered Defendants to respond to Plaintiff's letter by today (ECF No. 43).

Counsel for Plaintiff and Defendants have conferred and have agreed in principle to a stipulation that would resolve both issues raised in Plaintiff's letter. That stipulation needs to be formalized in a mutually acceptable writing, which the parties expect to do next week.

Based on the foregoing, Defendants respectfully request that its deadline to respond to Plaintiff's pre-motion conference letter (if needed) be adjourned for one week to November 6, 2026. I have contacted Plaintiff's counsel and shared with him a copy of this letter before filing it, and Plaintiff consents to the relief Defendants' request.

Respectfully submitted,
ROBINSON & COLE LLP

/s/ *Patrick W. Begos*
Patrick W. Begos

cc: Paul M. Kampfer, Esq. (via CM/ECF)

Application **GRANTED**. Defendants are directed to respond to Plaintiffs' Letter by no later than **November 6, 2026**.

SO ORDERED.

Dated: November 2, 2026
New York, New York

Dale E. Ho
United States District Judge